UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAPHAEL LOPEZ,

               Plaintiff,

– against –

NAMDOR INC.,

               Defendant.

**ORDER**

20 Civ. 4414 (ER)

RAMOS, D.J.:

       On August 4, 2020, the Court was notified that the parties had reached settlement on all issues.  Accordingly, the parties are directed to file a settlement with the Court for approval by November 1, 2020.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015).

It is SO ORDERED.

Dated:   October 2, 2020
            New York, New York

                                                            EDGARDO RAMOS, U.S.D.J.